JOHN T. WILLIAMS, Respondent, *v.* CALVIN DATER, Appellant.

*Williams* v. *Dater*, 80 Hun, 601, affirmed.
(Argued May 11, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late .General Term of the Supreme Court in the third judicial department, entered August 6, 1894, affirming a judgment of the Rensselaer County Court in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Edward S. Griffing* and *T. F. Hamilton* for appellant.

*Calvin E. Keach* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

<div style="float:right">156a671<br>s156 679</div>

MILLICENT U. WISS, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.

*Wiss* v. *Buffalo, R. & P. R. Co.*, 90 Hun, 605, affirmed.
(Argued May 11, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered October 23, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Henry G. Danforth* for appellant.

*George Bowen* and *Walter H. Smith* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.